

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00365-CV

In the **INTEREST of A.L.**, D.R.L., and N.S.L.

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 12-10-0594-CVW
Honorable Thomas F. Lee, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of Joseph L. is AFFIRMED.

It is further ORDERED that no costs be assessed because appellant is indigent.

SIGNED October 15, 2014.

_____
Luz Elena D. Chapa, Justice